COZZENS v. AMERICAN GENERAL ENGINEERING CO. et al.

(Supreme Court, Appellate Division, First Department. June 19, 1908.)

PLEADING—BILL OF PARTICULARS—PARTICULARS OF CONTRACT SUED ON.
    Where the complaint alleges a contract, defendant is entitled to know whether the contract alleged was oral or in writing, and, if in writing, a copy thereof should be set out, and, if oral, its terms should be stated, and a bill of particulars will be granted for that purpose.
    [Ed. Note.—For cases in point, see Cent. Dig. vol. 39, Pleading, § 958.]

Appeal from Special Term.

Action by Henry E. Cozzens against the American General Engineering Company and others. From an order denying a bill of particulars, defendants appeal. Order reversed, and motion for bill granted.

See 55 Misc. Rep. 393, 106 N. Y. Supp. 548.

Argued before INGRAHAM, McLAUGHLIN, HOUGHTON, CLARKE, and SCOTT, JJ.

Charles M. Russell, for appellants.
Claude W. Gould, for respondent.

PER CURIAM. The defendant is entitled to know whether the contract alleged in paragraph 9 of the complaint was oral or in writ-

ing, and, if in writing, a copy thereof should be set forth. If oral, the terms thereof should be stated.

The order appealed from is therefore reversed, with $10 costs, and the motion for a bill of particulars granted to the extent indicated, with $10 costs.

Argued before INGRAHAM, McLAUGHLIN, CLARKE, HOUGHTON, and SCOTT, JJ.